UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT NELSON,

Plaintiff,

-v-

METRO FUEL OIL CORPORATION,

Defendant.

Case No. 9507-07

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

METRO FUEL OIL CORPORATION   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NEITHER METRO FUEL OIL CORPORATION NOR ANY OF ITS PARENTS, AFFILIATES AND/OR SUBSIDIARIES IS PUBLICALLY HELD.

**Date:** 10/22/2007

Signature of Attorney

**Attorney Bar Code:** AV7813