```
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ROBERT S. NELSON,

        Plaintiff,
                                            Civ. Case No.:  9507-07
        - against -                                              (RJS)

METRO FUEL OIL CORPORATION,                 AFFIRMATION OF
                                            SERVICE
        Defendant.
---------------------------------------X    (ECF Filed)
```

Anthony F. Valente, of full age, hereby affirms as follows:

1. I am an attorney at law admitted to practice before the United States District Court for the Southern District of New York. I am associated with the law offices of Calo Agostino, P.C., attorneys for the Defendant in the above captioned matter.

2. On November 16, 2007, I did forward by electronic mail or Federal Express, an Answer and Affirmation of Service to the counsel to the Plaintiff.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                              CALO AGOSTINO, P.C.
Dated: November 16, 2007

                              By: /s/ Anthony F. Valente
                                   Anthony F. Valente
                              14 Washington Place
                              Hackensack, New Jersey 07601
                              (201) 488-5400 Ext. 105
                              Attorneys for Defendant
                              Metro Fuel Oil Corporation