UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT NELSON,                          :     Civ. No.:
                                        :
        Plaintiff,                  :
                                        :     **AFFIRMATION OF SERVICE**
  - against -                          :
                                        :
METRO FUEL OIL CORPORATION,             :
                                        :

---

    The undersigned, ANTHONY F. VALENTE, affirms the following to be true under the penalties of perjury:

    I am an attorney duly admitted to practice in the Federal District Court for the Southern District of New York and an associate of CALO AGOSTINO, PC, attorneys of record for the defendant in the within action. I am not a party to this action. I am over 18 years of age and reside in New York. On October 23, 2007, I served the within Notice of Removal, Civil Cover Sheet and Rule 7.1 Statement, by depositing the same with Federal Express, in The State of New Jersey, to the following counsel of record:

            HORING WELIKSON & ROSEN, P.C.
            Niles C. Welikson, Esq.
            Attorney for Defendant
            11 Hillside Avenue
            Williston Park, New York 11596

Dated: October 23, 2007

                                            _____
                                            ANTHONY F. VALENTE