UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ROBERT S. NELSON,

      Plaintiff,

                                 Civ. Case No.:  9507-07
      - against -                          (RJS)

METRO FUEL OIL CORPORATION,          **AMENDED AFFIRMATION
OF SERVICE**

      Defendant.
---------------------------------------X    (ECF Filed)

    Anthony F. Valente, of full age, hereby affirms as follows:

    1.   I am an attorney at law admitted to practice before the United States District Court for the Southern District of New York.  I am associated with the law offices of Calo Agostino, P.C., attorneys for the Defendant in the above captioned matter.

    2.   On November 16, 2007, I did forward by electronic mail or Federal Express, an Answer and Affirmation of Service to the counsel to the Plaintiff, HORING WELIKSON & ROSEN, P.C., Niles C. Welikson, Esq., 11 Hillside Avenue, Williston Park, New York 11596.

    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                           CALO AGOSTINO, P.C.
Dated: February 28, 2008

                          By: /s/ Anthony F. Valente
                             Anthony F. Valente
                          14 Washington Place
                          Hackensack, New Jersey 07601
                          (201) 488-5400 Ext. 105
                          Attorneys for Defendant
                          Metro Fuel Oil Corporation