UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT S. NELSON,   Case No.: 07-cv-9507 (RJS)
  (ECF Filed)
       Plaintiff,

  NOTICE OF APPEARANCE

- against -

METRO FUEL OIL CORPORATION,

       Defendant.
---------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in this action on behalf of the Plaintiff Robert S. Nelson herein and further demand that all papers hereinafter served be served upon the undersigned and further designate Niles C. Welikson (nwelikson@hwrpc.com) as the lead attorney and trial attorney in this action.

Dated: Williston Park, New York
      March 27, 2008

                                  /s/_____
                                  RICHARD T. WALSH (RW-4529) (rwalsh@hwrpc.com)
                                  HORING WELIKSON & ROSEN P.C.
                                  11 Hillside Avenue
                                  Williston Park, New York 11596
                                  (516) 535-1700
                                  Attorneys for Plaintiff Robert S. Nelson

TO:   CALO AGOSTINO, P.C.
        Attention: Anthony F. Valente (avalente@caloagostino.com)
        14 Washington Place
        Hackensack, New Jersey 07601
        Attorneys for Defendant Metro Fuel Oil Corporation